IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ,
DOMINGO SANCHEZ,
DANIEL HERNANDEZ,
MIGUEL ANGEL GODOY,
JOSE LUIS ARREOLA,
BENITA ARREOLA, and
CLARA ARRELOA,

    Plaintiffs,

v.

SIMPLY RIGHT, INC.,
CINEMARK USA, INC.,
DANIEL KILGORE, and
BEATRICE PERMAN,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2015.**

    The Stipulat[ed] [Motion] to Stay Claims of Certain Plaintiffs Pending Arbitration [filed August 21, 2015; docket #40] is **granted** as follows. The Court will impose a temporary stay of these proceedings as to the claims of Plaintiffs Aurelio Sanchez, Domingo Sanchez, Miguel Godoy, Daniel Hernandez, and Benita Arreola. The parties shall file a joint report on the first day of every month, beginning October 1, 2015, informing the Court as to the status of the arbitration proceedings involving the identified Plaintiffs.

    In light of this order, the Simply Right Defendants' Motion to Compel Arbitration and Strike Collective Action Claims [filed June 19, 2015; docket #13] is **denied as moot** as to Plaintiffs Domingo Sanchez and Daniel Hernandez and **denied without prejudice** as to Plaintiff Jose Luis Areola.