IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ,
DOMINGO SANCHEZ,
DANIEL HERNANDEZ,
MIGUEL ANGEL GODOY,
JOSE LUIS ARREOLA,
BENITA ARREOLA, and
CLARA ARRELOA,

    Plaintiffs,

v.

SIMPLY RIGHT, INC.,
CINEMARK USA, INC.,
DANIEL KILGORE, and
BEATRICE PERMAN,

    Defendants.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015.**

    The Stipulated Motion for Entry of Protective Order [filed October 7, 2015; docket #44] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a *specific* mechanism by which the parties may challenge the designation of information as confidential.[1] *See id.* at 388-89. Also, the Court notes that the first sentence of paragraph 13 may be construed as permitting continued jurisdiction over the matter after the termination of the case, which the Court will not permit.

    Should the parties choose to re-file the motion and protective order as modified in accordance with this order, they shall also provide a copy of the proposed order in useable format (Word, Word Perfect) to the Court.

___

[1] The Court in *Gillard* specifically required that the designating party, as the party with the burden of proof, file a motion with the Court in the event of an objection, to ensure such party be allowed the opportunity to file a reply brief.