IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ,
DOMINGO SANCHEZ,
DANIEL HERNANDEZ,
MIGUEL ANGEL GODOY,
JOSE LUIS ARREOLA,
BENITA ARREOLA, and
CLARA ARRELOA,

    Plaintiffs,

v.

SIMPLY RIGHT, INC.,
CINEMARK USA, INC.,
DANIEL KILGORE, and
BEATRICE PERMAN,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2015.**

    The Stipulation to Stay Claims of Opt-In Plaintiff Armida Raya Pending Arbitration, which the Court has construed as a motion [filed October 14, 2015; docket #47], is **granted**. The claims of opt-in Plaintiff Armida Raya are stayed temporarily pending the conclusion of her individual arbitration proceeding. The parties shall include the status of Raya's arbitration proceeding in the monthly status updates ordered by the Court on August 24, 2015 (docket #42).