IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00974-RM-MEH | Date: | March 1, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| AURELIO SANCHEZ, et al | Brandt Milstein |
|    Plaintiffs, | |
| v. | |
| SIMPLY RIGHT, INC., et al | Jennifer Harpole |
|    Defendants. | |

**COURTROOM MINUTES**
**MOTION HEARING**

**11:02 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:   [64] MOTION to Compel Responses to Discovery Requests is GRANTED IN PART and DENIED IN PART without prejudice as stated on the record.

[65] Joint MOTION for Extension of Time to complete pre-certification discovery and to file motion for conditional certification is GRANTED. New deadlines will be set at a later date

A Status Conference is set before Magistrate Judge Michael E. Hegarty for May 9, 2016 at 10:15 a.m. in Courtroom A501, Arraj Courthouse, Denver.

**12:10 p.m.**     **Court in recess.**   Hearing concluded.
Total in-court time    01:08

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.