IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ,
DOMINGO SANCHEZ,
DANIEL HERNANDEZ,
MIGUEL ANGEL GODOY,
JOSE LUIS ARREOLA,
BENITA ARREOLA, and
CLARA ARRELOA,

    Plaintiffs,

v.

SIMPLY RIGHT, INC.,
CINEMARK USA, INC.,
DANIEL KILGORE, and
BEATRICE PERMANN,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2016**.

    Plaintiffs' Unopposed Motion for Leave for Plaintiff Domingo Sanchez to Appear Telephonically at the Settlement Conference [filed April 22, 2016; docket #80] is **granted**. Counsel for Plaintiffs shall ensure that Mr. Sanchez is available by telephone throughout the entirety of the settlement conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations, the conference may be recessed and re-convened at a time when Mr. Sanchez can be present, and costs of the recessed conference may be assessed against him.