**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Case No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ, et al.

      Plaintiffs,

v.

SIMPLY RIGHT, INC., et al.

      Defendants.

_____

**ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS
AGAINST DEFENDANT CINEMARK USA, INC. WITH PREJUDICE**
_____

      This matter comes before the Court on the joint stipulation of Plaintiffs Jose Luis Arreola, Clara Arreola, Nazario Arreola, and Maribel Arreola ("Plaintiffs") and Defendant Cinemark USA, Inc. ("Cinemark") (ECF No. 197) to dismiss all claims asserted against Cinemark in this lawsuit with prejudice. Upon consideration of the Stipulation, the file, and the applicable rules, and being otherwise fully advised, it is

      ORDERED that the Stipulation of Dismissal of Claims Against Defendant Cinemark USA, Inc. with Prejudice is GRANTED. All claims asserted against Cinemark in this case are hereby DISMISSED WITH PREJUDICE. No costs or attorneys' fees to either party. All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant Cinemark, USA, Inc.'s name shall be removed from the caption in all future filings with the Court.

Dated this 19th day of June, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge