**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Case No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ, *et al.*,

    Plaintiffs,

v.

SIMPLY RIGHT, INC., *et al.*,

    Defendants.

___

**ORDER**
___

Pending before the Court is the parties', named plaintiffs Aurelio Sanchez ("Aurelio"); Domingo Sanchez ("Domingo"); Miguel Angel Godoy ("Godoy"); Jose Luis Arreola ("Jose Luis")' and Clara Arreola ("Clara") (collectively, "the named plaintiffs"), opt-in plaintiffs Maribel Arreola ("Maribel"); Nazario Arreola ("Nazario"); and Armida Raya ("Raya") (collectively, "the opt-in plaintiffs," and, together with the named plaintiffs, "plaintiffs") and defendants' Simply Right, Inc. ("Simply Right"), Beatrice Permann, and Daniel Kilgore (collectively, "defendants"), Renewed Joint Motion for Approval of Settlement Agreement ("the renewed motion") (ECF No. 218). Also pending is plaintiffs' Renewed Unopposed Motion for Attorney Fee Award ("the attorney fee motion") (ECF No. 219).

On November 14, 2017, this Court entered an Order with respect to the renewed motion and the attorney fee motion. (ECF No. 222.) Thereafter, in consideration of that Order, the parties filed a Notice of Settlement ("the notice"). (ECF No. 223.)

Having reviewed the notice, and taken all facts known to the Court into consideration, the Court GRANTS the renewed motion (ECF No. 218) and the attorney fee motion (ECF No. 219).

First, as the Court has stated previously, the record in this case more than adequately reflects bona fide disputes between the parties. Second, with the changes that have been made to the parties proposed settlement, the Court finds that the settlement, including notice of the same, is fair and equitable to all parties and does not undermine the Fair Labor Standards Act. Third, the Court finds that the proposed settlement contains a reasonable award of attorney's fees, and adopts the representations set forth in the attorney fee motion (*see* ECF No. 219 at 4-11). More specifically, the Court finds the requested fee of 22 percent of the common fund (or $49,500.00) is a reasonable award in light of the nature of this case and the effort expended by counsel for plaintiffs.

The Court does note, however, that in reviewing the proposed notices and consent to join claims forms (ECF Nos. 223-3, 223-5), the Court observed some minor technical changes that needed to be made to some of the language. An example is capitalizing the word "lawsuit" after it had been defined with a capital letter. Attached to this Order are red-lined copies of the changes made to the two notices and consent to join claim forms. Provided that the changes made to the notices and consent to join claim forms are incorporated, the same are approved and the parties are authorized to mail them with all due haste.

Finally, within thirty (30) days of the Helper Claim Bar Date or Re-mailing Opt-in Period (as those terms are defined in the Joint Stipulation of Settlement and Release (ECF No. 223-1)),

whichever occurs later, the parties are instructed to file a joint motion for final approval of the settlement or a joint status report explaining why such a joint motion for final approval can not yet be filed.

**SO ORDERED.**

DATED this 5th day of December, 2017.

                                                  BY THE COURT:

                                                  _____
                                                  RAYMOND P. MOORE
                                                  United States District Judge