# NOTICE OF SETTLEMENT OF UNPAID WAGES LAWSUIT

This is a Court-Authorized Notice, not a solicitation from a lawyer

TO: (1) All Simply Right employees (except for those who worked in California) who cleaned Cinemark movie theaters on or after September 7, 2014, and (2) All individuals who helped a Simply Right employee clean Cinemark movie theaters (except for those in California) on or after September 7, 2014.

RE: Resolution of Claims for Alleged Unpaid Wages and Your Right to Participate in the Claims Process

**YOU MAY PARTICIPATE IN THE CLAIMS PROCESS REGARDLESS OF YOUR IMMIGRATION STATUS**

**Your Employer cannot call or threaten to call Immigration in retaliation for you participating in the claims process.**

## 1. Introduction

This Notice is to inform you that Simply Right, Inc. has agreed to resolve a collective action lawsuit filed by a group of plaintiffs individually, and on behalf of a class of others similarly situated, claiming that Simply Right violated the Fair Labor Standards Act ("FLSA") by failing to pay minimum wage and overtime for all time worked by Simply Right employees who cleaned Cinemark movie theaters outside California on or after September 7, 2014 (the "Class Period") and any individuals those employees brought with them to help clean. This Notice is to inform you about the status of the lawsuit, including your right to participate in the claim process.

## 2. What is This Lawsuit About?

On May 7, 2015, a group of employees ("Plaintiffs") sued Simply Right, Cinemark USA Inc., Daniel Kilgore and Beatrice Permann in the United States District Court for the District of Colorado (the "Lawsuit") claiming that they and others similarly situated to them were paid less than the minimum hourly wage and not paid overtime for hours worked over 40 per week. This case is known as *Sanchez, et al. v. Simply Right, et al.*, No. 15-cv-00974-RM-MEH.

The Plaintiffs sued to recover unpaid wages times two, attorney fees, and costs. After engaging in discovery, Plaintiffs filed a motion to conditionally certify the case as a collective action under Section 216(b) of the FLSA, which the Court granted as to Simply Right. The Court decided Plaintiffs did not have any claims against Cinemark and dismissed Cinemark from the Lawsuit. The parties attended a settlement conference on August 31, ~~2107~~2017 and reached an agreement with respect to a claim process to resolve the ~~l~~Lawsuit.

Simply Right denies the allegations in the ~~l~~Lawsuit and believes that employees were properly paid minimum wage and overtime for hours worked over 40 per week. Simply Right believes its policies prohibited employees from bringing helpers with them, and Simply Right denies that it suffered or permitted helpers to perform work at Cinemark theaters. Simply Right wishes to resolve the Lawsuit to avoid costly, disruptive, and time-consuming litigation, but does not admit to any wrongdoing or liability.

Plaintiffs have consulted with their counsel, recognize the risk inherent in this litigation, and have negotiated the terms of the claim process that provides for direct monetary payments to the potential plaintiffs in this action. On ~~[DATE]~~December 5, 2017, 2017, the Court approved the agreement between the parties which describes the claim process.

This Notice is being sent to you because Simply Right's records indicate that you were employed by Simply Right cleaning Cinemark movie theaters in a state other than California between September 7, 2014

and the date this notice is mailed and have not yet opted-in to this case.

### 3. Terms of the Parties' Agreement

Simply Right has agreed to pay $225,000.00 into a Gross Fund to resolve all claims raised in the Lawsuit. This fund will be used to (1) pay the individuals who file timely and approved Consent to Join Claim Forms pursuant to this Notice ("Qualified Claimants"); (2) pay the named plaintiffs and the plaintiffs who have already opted into this lawsuit; (3) pay a portion of the administrative costs and expenses; and (4) pay Plaintiffs' attorneys fees. Simply Right will make monthly payments into the Gross Fund for a period of 14 months.

The portion of the Gross Fund designed to pay the Qualified Claimants is called the Net Settlement Fund. If you timely file a valid Consent to Join Claim Form that is approved, Simply Right has agreed to pay you a *pro rata* share of the Net Settlement Fund, less applicable withholdings, based on the number of weeks you worked between September 7, 2014 and the date of this notice, and your answers to the questions on the enclosed Consent to Join Claim Form.

This general summary of the claims agreement does not include all of the terms and conditions of the proposed agreement between the parties. The only complete statement of the terms of the claims agreement is found in the parties' Joint Stipulation of Settlement and Release ("Stipulation"), which was approved by the Court on [DATE]December 5, 2017. Copies of the Stipulation are available from Plaintiffs' Counsel. **Please do not call or contact the Judge or personnel in the Judge's chambers.**

### 4. Persons Who Helped Clean Cinemark Theaters

The Parties' agreement includes resolution of minimum wage and overtime claims of individuals who were brought to Cinemark theaters by employees to help them clean. On the enclosed Consent to Join Claim Form, you are required to: (a) check a box for whether you brought or did not bring any individuals to help you clean Cinemark movie theaters; and (b) if you did bring any such individual(s), list the individual(s) who you brought, along with the last known telephone number, mailing address, and/or email address for said individual(s). Checking the box indicating that you brought individual(s) to help you clean will **not** cause you to lose any right to receive your *pro rata* share of the Net Settlement Fund. This information is requested **only** to enable the parties to send a similar Notice to the individual(s) who you indicate helped you clean.

### 5. How Do I File a Consent to Join Claim Form?

**To participate in the claims process, you must complete and return the enclosed Consent to Join Claim From postmarked on or before _____, 2018 [60 days after notice is mailed]** to:

[CLAIMS ADMINISTRATOR CONTACT INFORMATION]

If your Consent to Join Claim Form is not postmarked on or before _____, 2018, you will not be able to participate in the claims process.

If you fully complete the Consent to Join Claim Form, timely return the form, and your form is approved, then you will be entitled to a payment under the claims process and your wage claims against Simply Right and Cinemark will be released. If you received a copy of this Notice and the Consent to Join Claim Form from someone else, not in the mail from the Claims Administrator, then you must answer the questions on the Consent to Join Claim Form about the name of the Simply Right employee who brought you as a helper and the dates you helped clean. Simply Right will compare the information you provide on this claim form to its records of the actual dates of employment of the Simply Right employee you helped in order to determine your *pro rata* share of the Net Settlement Fund.

If you do not wish to participate in the claims process, you do not need to do anything and you will automatically be excluded from the claims process and the claims agreement. However, if you brought someone with you to help clean Cinemark theaters, even if you elect not to participate in the claims process,

you must either: (a) complete and return the Consent to Join~~t~~ Claim Form, indicating whether you brought any individuals to help you clean Cinemark movie theaters and providing the name(s), if any, of the individual(s); or (b) provide a copy of this Notice and a copy of the enclosed Consent to Join Claim Form to any individual(s) who helped you clean a Cinemark theater outside California~~, which that individual may separately complete and submit~~.

### 6. Binding Effect and Release of Claims

In exchange for the payment described above, and by timely returning a valid Consent to Join Claim Form, you will hereby and forever release, acquit, discharge and covenant not to sue Simply Right, Cinemark USA, Inc., Daniel Kilgore, and Beatrice Permann, including their parents, subsidiaries, affiliates, predecessors, successors and assigns, and each of their respective past and present officers, directors, agents, representatives, attorneys and employees (collectively, the "Released Parties") from any and all minimum wage and overtime claims under federal and applicable state and local law for work you performed for Simply Right at any Cinemark theater outside California through [DATE] [date notice is mailed].

If you do not timely return your Consent to Join Claim Form or your Consent to Join Claim Form is not approved, you will not have released your claims, and you will not receive a share of the Net Settlement Fund.

After all timely submitted Consent to Join Claim Forms are received, and after Simply Right has completed its 14 months of payments into the Net Settlement Fund, the Claims Administrator will mail checks to the Qualified Claimants. One-half of this payment is considered wages and shall be subject to the withholding of all applicable local, state, and federal taxes, and shall appear on a Form W-2. The remaining one-half payment is considered liquidated damages and interest, and will appear on a Form 1099. You will be responsible for paying the appropriate taxes on this amount.

### 7. Attorney's Fees

The Court has approved attorney's fees to be paid to Plaintiffs' counsel in the total amount of $49,500.00, which represents 22% of the Gross Fund. Because Plaintiffs' counsel is being paid from the Gross Fund, your individual payment referenced above is free and clear of any obligation to pay attorneys' fees.

Plaintiffs' Counsel is:

Brandt Milstein
Milstein Law Office
1123 Spruce Street,
Suite 200
Boulder, CO 80302
(303) 440-8780
Fax: (303) 957-5754
brandt@milsteinlawoffice.com
www.milsteinlawoffice.com

### 8. I Still Have Questions. Where Can I Get More Information?

If you have any questions about the claim process, you may contact the Claims Administrator toll-free at [PHONE #] or the Plaintiffs' Counsel at the address and phone number listed above. The Claims Administrator and Plaintiffs' Counsel speak Spanish.

### 9. No Retaliation

Simply Right has voluntarily agreed to the terms of the Stipulation. Both current and former Simply Right employees are eligible to participate in the claims process. Simply Right is committed to the terms of the claims process. Simply Right will not retaliate or take any adverse action against you for participating in the claims process. Federal law prohibits any such retaliation.

### 10. No Opinion Expressed as to the Merits of the Case

On [DATE]December 5, 2017, 2017, the Court approved the parties' Stipulation and found that the Stipulation was fair and reasonable. However, the Court has expressed no opinion regarding the merits of the Plaintiffs' claims or Simply Right's liability. **Please do not write or call the Judge or personnel in the Judge's Chambers regarding the claims process or the parties' Stipulation.**

THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.

## CONSENT TO JOIN CLAIM FORM
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete, sign and mail, email or fax this form to [CLAIMS ADMINISTRATOR] by [60 days after notice is mailed], 2018**.

1. I hereby consent, agree and opt-in to become a Plaintiff to, and to participate in the settlement of, this action (Case No. 15-cv-00974) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former employer.

2. I agree to be bound by the settlement of this action, which has been approved by the Court and the named Plaintiffs in this action.

3. I hereby designate attorney Brandt Milstein to represent me in this action.

    ☐ Check here **only** if you do not agree to the above and do not wish to join this case.

    Did you bring anyone with you to help clean Cinemark theaters? (Check Yes or No):
    ☐ Yes.
    ☐ No.

Checking the box indicating that you brought individual(s) to help you clean will **not** cause you to lose any right to receive your *pro rata* share of the Net Settlement Fund. This information is requested **only** to enable the parties to send a similar Notice to the individual(s) who you indicate helped you clean.

If you answered "Yes" above, provide the following information about the individual(s) you brought (use the back of this form if you need more room):

Name: _____     Name: _____
Telephone Number:_____     Telephone Number:_____
Address: _____     Address: _____
_____     _____
Email address:_____     Email address:_____

**If you received a copy of this Consent to Join Claim Form from someone else, not in the mail from the Claims Administrator, you must answer the following questions in order for this form to be approved and for you to participate in this settlement:**

The name of the Simply Right employee whom I helped to clean Cinemark theaters is:

_____

I helped a Simply Right employee clean Cinemark theaters between the following dates:

_____, 201__  through _____, 201__

DATE: _____   SIGNATURE: _____

PRINTED NAME: _____

ADDRESS: _____

_____

TELEPHONE NUMBER(S): _____

EMAIL ADDRESS: _____

**In order to ensure that you receive payment, if any of your contact information changes, please immediately inform the Claims Administrator.**

Return this form by **[60 days after notice is mailed], 2018** to:

[CLAIMS ADMINISTRATOR]