**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Case No. 15-cv-00974-RM-MEH

AURELIO SANCHEZ, *et al.*,

    Plaintiffs,

v.

SIMPLY RIGHT, INC., *et al.*,

    Defendants.

_____

**ORDER**
_____

Pending before the Court is the Joint Motion for Final Approval of Settlement ("the motion") (ECF No. 225), as well as a joint amendment to the motion (ECF No. 227).[1] The motion is GRANTED.

First, for the reasons discussed in the Court's prior Orders (ECF No. 222 at 3-8; ECF No. 224 at 2), the parties' settlement is fair, reasonable, and does not undermines the Fair Labor Standards Act. Second, for the reasons discussed in the Court's prior Order (ECF No. 214 at 2), the record in this case adequately reflects a bona fide dispute between the parties. Third, the Court has found that the award of attorney fees in this case was reasonable. (ECF No. 224 at 2.) Finally, to the extent necessary, for the reasons set forth in the motion, notably the stipulations (for settlement purposes) that employees were similarly situated and defendants' defense against each employee was the same

---

[1] For a more fulsome discussion of the parties' settlement, *see* ECF Nos. 214, 222, 224.

(*see* ECF No. 225 at 5), the Court finds that final certification of the class defined in the Court's prior Order (ECF No. 222 at 2) is appropriate in this case.

Accordingly, the Court GRANTS the motion (ECF No. 225) and APPROVES the Joint Stipulation of Settlement and Release (ECF No. 225-1). Pursuant to the Joint Stipulation of Settlement and Release, the Court will retain jurisdiction as provided for in Section XIV of the same. (ECF No. 225-1 at § XIV; *see also* ECF No. 227.) That being said, the Clerk is instructed to ADMINISTRATIVELY CLOSE this case.

**SO ORDERED.**

DATED this 18th day of June, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge